

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00343-CR

GEORGE WADE DUKES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant George Wade Dukes attempts to appeal from his conviction for solicitation of sexual assault of a child under seventeen years of age, for which, pursuant to a plea bargain, he pleaded guilty and received three years' confinement.

On August 19, 2010, this court sent the parties a letter stating that the trial court's certification of appellant's right to appeal states that this is a plea-bargain

---

[1]See Tex. R. App. P. 47.4.

case and appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). We informed the parties that this appeal may be dismissed unless appellant or any party desiring to continue the appeal filed with the court, on or before Monday, August 30, 2010, a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

Rule 25.2(a)(2) of the appellate rules of procedure provides that in a plea-bargain case, an appellant may appeal only "those matters that were raised by written motion filed and ruled on before trial" or "after getting the trial court's permission to appeal." Tex. R. App. P. 25.2(a)(2). Here, appellant waived all pretrial motions, and the trial court has not given permission to appeal. Because the trial court certified that appellant possesses no right of appeal, we do not have jurisdiction over this appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 14, 2010